IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

"IN ADMIRALTY"

IN THE MATTER OF THE COMPLAINT
OF GRANT JOHNSTON, as Owner of a
2014 24' Yellowfin Vessel, Florida
Registration No. FL7525PP, its engines,
tackle, apparel, appurtenances, etc. for
Exoneration from or Limitation of Liability,

Case No.: 8:21-CV-1351-WFJ-SPF

Petitioner.
_____/

## PETITIONER'S STATUS REPORT

Petitioner, GRANT JOHNSTON (hereinafter "Johnston"), by and through his undersigned counsel, and in compliance with the Court's Order of January 4, 2022 (D.E. 14), files this status report and states as follows:

1. Petitioner hereby reports that as of the date of this Status Report, no responsive pleadings and/or claims have been received by Petitioner and/or Petitioner's counsel from the Claimants known to Petitioner and listed in Petitioner's Rule F(4), Notice to Claimants (D.E. 12).

Dated on the 14th day of January 2022.

Respectfully submitted,

*David J. Pope*

David F. Pope – FBN 164452
BANKER LOPEZ GASSLER P.A.

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 14, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record and by U.S. Regular Mail to Estate of Rachel Herring, c/o Steve Page, Sr., 9130 Oakhurst Road, Seminole, Florida 33776.

*David J. Pope*
David F. Pope – FBN 164452
BANKER LOPEZ GASSLER P.A.
501 E. Kennedy Blvd., Suite 1700
Tampa, FL 33602
Telephone: (813) 221-1500
Facsimile: (813) 222-3066
Service-dpope@bankerlopez.com
*Counsel for Petitioner*